NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**LBT IP II LLC,**
*Appellant*

**v.**

**UBER TECHNOLOGIES, INC.,**
*Appellee*

---

2024-1457

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2022-00926.

---

**JUDGMENT**

---

KIRK T. BRADLEY, Alston & Bird LLP, Charlotte, NC, argued for appellant. Also represented by CHRISTOPHER TIMOTHY LAWN DOUGLAS, MARY ISABELLE RIOLO; MATTHEW WOLFF HOWELL, Atlanta, GA; MICHAEL J. NEWTON, Dallas, TX.

BENJAMIN HABER, O'Melveny & Myers LLP, Los Angeles, CA, argued for appellee. Also represented by WILLIAM FINK, BROOKE WILNER, Washington, DC; FRANCES MACKAY, Dallas, TX.

———————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (DYK, LINN, and HUGHES, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

November 7, 2025
Date

Jarrett B. Perlow
Clerk of Court